IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET SINGH, | No. C 09-4827 SI |
| Petitioner, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS MOOT** |
| v. | |
| U.S. SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Respondents. | |

On January 4, 2010, respondents filed a return stating that petitioner was removed from the United States on October 28, 2009.[1] Accordingly, it appears that this petition for writ of habeas corpus, which challenges petitioner's detention in immigration custody, is moot. Petitioner is hereby ORDERED TO SHOW CAUSE, in writing no later than **January 20, 2010**, why this petition should not be dismissed as moot.

**IT IS SO ORDERED.**

Dated: January 13, 2010

SUSAN ILLSTON
United States District Judge

---

[1] Petitioner was apparently removed from the country even before his counsel, Viney Gupta, filed his motion for admission to the bar of this Court pro hac vice.