IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET SINGH, | No. C 09-4827 SI |
| Petitioner, | **ORDER DISMISSING PETITION AS MOOT** |
| v. | |
| U.S. SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Respondents. | |

By order filed January 13, 2010, the Court ordered petitioner to show cause in writing no later than January 20, 2010 why this petition should not be dismissed as moot. Petitioner has not filed a response to the Order to Show Cause. Based upon respondents' undisputed evidence that petitioner was removed from the United States on October 28, 2009, the Court DISMISSES this petition as moot.

**IT IS SO ORDERED.**

Dated: January 25, 2010

SUSAN ILLSTON
United States District Judge