IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GURMEET SINGH,            No. C 09-4827 SI

    Petitioner,             **JUDGMENT**

  v.

U.S. SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY, *et al*.,

    Respondents.
_____/

This petition has been dismissed as moot. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 25, 2010

SUSAN ILLSTON
United States District Judge